JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Monika   Perez,<br><br>              Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>              Defendant. | Case No. 1:19-CV-01677<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from May 11, 2020 to June 10, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF .  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's first request for an extension of time.  The request is made after the original due date.  Plaintiff respectfully states that good cause exists for the requested extension is necessary due several merit briefs being due on the same week.  Counsel requires additional time to brief the issues thoroughly for the Court's consideration. As a result of the COVD-19 pandemic, Counsel has made significant efforts to ensure the timely filing of documents and requests. However, in this instance, Counsel did not schedule the due date correctly in the calendar and as such, this request is being made after the original due date. Defendant does not

oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                      Respectfully submitted,

Dated:  May 21, 2020         PENA & BROMBERG, ATTORNEYS AT LAW

                              By: */s/ Jonathan Omar Pena*
                                    JONATHAN OMAR PENA
                                    Attorneys for Plaintiff

Dated: May 21, 2020         MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                              By:  */s/ Carolyn B. Chen
                                    Carolyn B. Chen
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant
                                    (*As authorized by email on  May 21, 2020

## ORDER

      Pursuant to the parties' above stipulation, for good cause shown, Plaintiff shall serve on Defendant her letter brief by no later than June 10, 2020.  All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:   **May 22, 2020**                       /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE