JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Monika Perez,<br><br>           Plaintiff,<br><br>     vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>           Defendant. | Case No. 1:19-cv-01677-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(Doc. 15) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 10, 2020 to September 9, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's first request for an extension of time for the opening brief, but second extension overall. Good cause exists for this request.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week, along with 14 administrative hearings and one federal court hearing.  Additionally, due to the ongoing pandemic with COVID-19 and the various executive orders throughout Fresno County and now the State of California, along with the recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.   Counsel must still continue normal operations but

1

1  with a significantly reduced level of support.  Counsel has recently associated co-counsel to
2  other cases to accommodate the backlogs created under the COVID-19 circumstance.
3  Nonetheless, Counsel requires additional time to brief the issues on this matter thoroughly for the
4  Court's consideration.  Defendant does not oppose the requested extension.  Counsel apologizes
5  to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 28, 2020                    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: July 28, 2020                    MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration


By:  *\*/s/ Carolyn B. Chen*
     Carolyn B. Chen
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on 7/28/2020)

**ORDER**

Based upon the above-stipulation of the parties (Doc. 15), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including September 9, 2020, in which to file Plaintiff's Opening Brief.  All other deadlines set forth in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **July 29, 2020**                      /s/ *Sheila K. Oberto*

2

|  |  |
|---|---|
| 1 | UNITED STATES MAGISTRATE JUDGE |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |