MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8955
Facsimile: (415) 744-0134
E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MONIKA PEREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 1:19-cv-01677-SKO<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 20) |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) to (1) further evaluate the severity of the claimant's knee and back impairments at step two of the sequential evaluation process; (2) re-evaluate the medical evidence of record, including all medical source opinions; (3) as necessary, obtain appropriate

medical expert evidence to provide a longitudinal overview and clarify the nature, severity, and limiting effects of the claimant's medically determinable physical impairments throughout the period at issue; (4) in light of the above findings, the ALJ will evaluate the claimant's maximum residual functional capacity and subjective complaints, and obtain supplemental vocational expert evidence as necessary; and (5) the ALJ will take any further action needed to complete the administrative record, and issue a new decision.

Respectfully submitted this 8th day of October 2020.

Respectfully submitted,

Dated: October 8, 2020    /s/ *Jonathan O. Pena**
(*as authorized via e-mail on October 8, 2020)
JONATHAN O. PENA
Attorney for Plaintiff

DATED: October 8, 2020    McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' above Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 20), and for cause shown, IT IS HEREBY ORDERED that the above-captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is hereby DIRECTED to: (1) enter judgment in favor of Plaintiff Monika Perez and against Defendant Andrew Saul, Commissioner of Social Security; and (2) administratively close this file.

IT IS SO ORDERED.

Dated:   **October 9, 2020**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE